# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 19, 2013

## NO. 03-11-00033-CR

**Paul Thomas Hughes, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 27TH DISTRICT COURT OF LAMPASAS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment of conviction: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of conviction of the trial court is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.